UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GABRYELLE DANIELS,　　　　　§<br>　　　　　　　　　　　　　　　§<br>　　*Plaintiff*,　　　　　　　　§<br>　　　　　　　　　　　　　　　§<br>v.　　　　　　　　　　　　　　§<br>　　　　　　　　　　　　　　　§<br>OFFICE OF CIVIL　　　　　　§<br>RIGHTS/DALLAS, et al.,　　　§<br>　　　　　　　　　　　　　　　§<br>　　*Defendants*.　　　　　　§ | Civil Action No. 3:25-CV-2240-X |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 27). Plaintiff Gabryelle Daniels filed a motion for reconsideration and motion to transfer review, which the Court construes as an objection. (Doc. 28). Daniels's objections stem from her continued assertion that she acted in good faith to comply with the Court's requirements, and that the failure to docket a long form in forma pauperis application was due solely to clerical errors beyond her control.[1]

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge

---

[1] The Court observes that, despite requesting reconsideration of the Magistrate Judge's recommendation to dismiss the case with prejudice, Daniels has still failed to cure the defect identified by the Magistrate Judge in the October 6, 2025 order directing her to submit a long-form in forma pauperis application. (Doc. 27).

1

and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, Daniels's motions to proceed in this action in forma pauperis are **DENIED**. (Docs. 13, 21, 25). In light of this order, Daniels's motion for reconsideration and motion to transfer venue are **DENIED AS MOOT**. (Doc. 28). By separate judgment, this action will be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute or follow orders of the Court.

**IT IS SO ORDERED** this 18th day of November 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE